UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:18-CR-00035-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| VICTOR DEMETRIOUS WATSON | ) | |

On motion of the Defendant, Victor Watson, and for good cause shown, it is hereby ORDERED that Docket Entry Number 49 be sealed by this Court.

Accordingly, it is ORDERED that this document be filed under seal and to remain so sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This the 31 day of January, 2019.

Terrence W. Boyle
Chief United States District Judge